AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN L. HALE, et ux.,

                                                      JUDGMENT IN A CIVIL CASE

v.

PHYLLIS MAGDEN, et al.            CASE NUMBER: CV-04-189-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

Pursuant to the Stipulation of the parties, IT IS ORDERED the First, Second, and Third Causes of Action set forth in the Complaint be and the same are hereby Dismissed With Prejudice, without costs or attorney fees to any party.

IT IS FURTHER ORDERED that the Fourth, Fifth and Sixth Causes of Action set forth in the Complaint be and the same are hereby Dismissed Without Prejudice and without costs or attorneys fees to any party.


December 23, 2005                              JAMES R. LARSEN
*Date*                                                  *Clerk*
                                                    s/Lisa Scott
                                                    *(By) Deputy Clerk*
                                                   Renea Ferrante